IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMVERGE, INC.,<br><br>　　　　　　Defendant. | Case No. 1:14-cv-03862-TCB |

ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE FOR DARA T. JEFFRIES TO WITHDRAW AS COUNSEL

Plaintiff's Motion for Leave For Dara T. Jeffries To Withdraw As Counsel (Dkt. No. 38) is GRANTED. The Clerk is respectfully requested to remove Ms. Jeffries from all service lists including the CM/ECF system.

**SO ORDERED**, this 10th day of August, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge